EVAN R. MOSES, CA Bar No. 198099
evan.moses@ogletree.com
MELIS ATALAY, CA Bar No. 301373
melis.atalay@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:     213-239-9800
Facsimile:      213-239-9045

Attorneys for Defendant
HEAVENLY VALLEY LIMITED PARTNERSHIP

JUSTIN TOOBI
justin@toobiesq.com
724 S. Spring Street, Suite 201
Los Angeles, CA 90014
Telephone:     310-435-9407

Attorney for Plaintiff
ADAM HEGGEN

*Counsel caption continues on following page*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adam Heggen, an individual<br><br>                Plaintiff,<br><br>        v.<br><br>Heavenly Valley, Limited Partnership; and Does 1-10, inclusive;<br><br>                Defendants. | Case No. 2:21-cv-00107-WBS-DB<br><br>**JOINT NOTICE OF CLASS ACTION SETTLEMENT**<br><br>Complaint Filed: October 21, 2020<br>Date Removed:   January 21, 2021<br>District Judge:   Hon. William B. Shubb<br>                              Courtroom 5, Sacramento<br>Magistrate Judge: Hon. Deborah Barnes<br>                              Courtroom 27, Sacramento |

JULIAN BURNS KING, Cal. Bar No. 298716
julian@kingsiegel.com
ELLIOT J. SIEGEL, Cal. Bar No. 286798
elliot@kingsiegel.com
KING & SIEGEL LLP
724 S. Spring Street, Suite 201
Los Angeles, CA 90017
Telephone:    213-465-4802
Facsimile:    213-465-4803

Attorneys for Plaintiff
ADAM HEGGEN

**TO THE COURT:**

Pursuant to Federal Rule of Civil Procedure 16, and Eastern District Local Rule 160, plaintiff Adam Heggen ("Plaintiff") and defendant Heavenly Valley Limited Partnership ("Defendant" or "Heavenly") (collectively "the Parties") hereby provide notice that the Parties have reached a settlement on a class-wide basis, subject to preliminary and final approval by the Court.

The Parties are preparing the settlement documents and anticipating filing Plaintiff's motion for preliminary approval for approval within 30 to 60 days. The Parties will obtain a preliminary approval hearing date in accordance with local rules.

DATED: August 12, 2021

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Melis Atalay
 Evan R. Moses
 Melis Atalay

Attorneys for Defendant
HEAVENLY VALLEY LIMITED PARTNERSHIP

DATED: August 12, 2021

KING & SIEGEL LLP

By: /s/ Elliot J. Siegel
 Julian Burns King
 Elliot J. Siegel

Attorneys for Plaintiff
ADAM HEGGEN

48089658.1