1
2  JUSTIN TOOBI (Cal. Bar No. 296174)
   justin@toobiesq.com
3  724 S. Spring Street, Suite 201
   Los Angeles, CA 90014
4  Telephone: 310-435-9407

5  JULIAN BURNS KING (Cal. Bar No. 298716)
   julian@kingsiegel.com
6  ELLIOT J. SIEGEL (Cal. Bar No. 286798)
   elliot@kingsiegel.com
7  KING & SIEGEL LLP
   724 S. Spring Street, Suite 201
8  Los Angeles, CA 90017
   Telephone: 213-465-4802
9  Facsimile: 213-465-4803
10
11 Counsel for Plaintiff
   ADAM HEGGEN
12

Evan R. Moses (Cal. Bar No. 198099)
Melis Atalay, (Cal. Bar No. 301373)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:      213-239-9800
Facsimile:      213-239-9045
Email: evan.moses@ogletree.com
Email: melis.atalay@ogletree.com

Counsel for Defendant
HEAVENLY VALLEY, LIMITED
PARTNERSHIP

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adam Heggen, an individual,<br><br>              Plaintiff,<br><br>v.<br><br>Heavenly Valley, Limited Partnership; and Does 1-10, inclusive;<br><br>              Defendants. | Case No. 2:21-cv-00107-WBS-DB<br><br>**JOINT STIPULATION AND ORDER TO STAY CASE PENDING APPROVAL OF CLASS SETTLEMENT IN RELATED CASE**<br><br>Complaint Filed:   October 21, 2020<br>Date Removed:     January 21, 2021<br>District Judge:      Hon. William B. Shubb<br>                             Courtroom 5, Sacramento<br>Magistrate Judge: Hon. Deborah Barnes<br>                             Courtroom 27, Sacramento |

Plaintiff Adam Heggen and Defendant Heavenly Valley, Limited Partnership (collectively, "the Parties"), by and through their respective counsel of record, herein agree and stipulate as follows:

### **RECITALS**

WHEREAS, the Parties notified the Court that they had reached a settlement to resolve all claims in this wage and hour class and collective action case on August 12, 2021 ("Settlement");

WHEREAS, the Settlement resolves all claims in this lawsuit, as well as all claims pled in related cases *Gibson v. The Vail Corporation*, Case No. 2:21-cv-01260-KJM-AC (E.D. Cal.) ("*Gibson*"); *Hamilton v. Heavenly Valley, Limited Partnership*, 2:21-cv-01608-MCE-DB (E.D. Cal.) ("*Hamilton I*"); and *Hamilton v. Heavenly Valley, Limited Partnership*, SC20210148 (El Dorado County Superior Court) ("*Hamilton II*");

WHEREAS, the Parties have agreed as part of the Settlement to seek approval of the Settlement in *Hamilton II*, and to immediately stay all deadlines in this case, *Gibson*, and *Hamilton I* pending approval of the Settlement in *Hamilton II*; and

WHEREAS, Plaintiffs anticipate filing a Motion for Preliminary Approval of the Class Action Settlement in *Hamilton II* at the earliest possible date;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that the Parties request the Court issue an order to stay all deadlines in this action and requiring the Parties file a Joint Status Report addressing the status of the settlement approval process, and any additional information that the Court requires, on a date in February 2022, or such other date that the Court deems appropriate.

**IT IS SO STIPULATED.**

DATED:  November 30, 2021                    KING & SIEGEL LLP

                                             By:  /s/ Elliot Siegel
                                                  Elliot Siegel

                                             *Counsel for Plaintiffs*

DATED:  November 30, 2021                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:  /s/ Evan Moses (as authorized on XX/XX/21)
     Evan R. Moses

*Counsel for Defendant*


### SIGNATURE ATTESTATION

I hereby attest that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 30, 2021                By:  /s/ Elliot Siegel
                                             Elliot Siegel

**ORDER**

The Court having reviewed the foregoing stipulation, and of good cause appearing therefore, the Court orders as follows:

(1) All deadlines in this action are hereby immediately stayed and vacated.

(2) The Parties shall file a Joint Status Report addressing the status of the settlement approval process, and any additional information that the Court requires, on **February 28, 2022.**

**(3)** A Status Conference Re Class Action Settlement is set for **March 14, 2022 at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated:  November 30, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE