Elliot J. Siegel (Bar No. 286798)
elliot@kingsiegel.com
Julian Burns King (Bar No. 298617)
julian@kingsiegel.com
KING & SIEGEL LLP
724 South Spring Street, Ste. 201
Los Angeles, CA 90014
tel: (213) 465-4802
fax: (213) 465-4803

Attorneys for Adam Heggen

EVAN R. MOSES, CA Bar No. 198099
evan.moses@ogletree.com
MELIS ATALAY, CA Bar No. 301373
melis.atalay@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

Attorneys for Defendant
HEAVENLY VALLEY LIMITED PARTNERSHIP

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

Adam Heggen, an individual,

Plaintiff,

v.

Heavenly Valley, Limited Partnership; and Does 1-10, inclusive;

Defendants.

Case No. 2:21-cv-00107-WBS-DB

District Judge: Hon. William B. Shubb

Magistrate Judge: Hon. Deborah Barnes

**ORDER RE CASE MANAGEMENT CONFERENCE**

Complaint Filed: October 21, 2020
Date Removed: January 21, 2021

**ORDER**

The Court having reviewed the foregoing stipulation, and of good cause appearing therefore, the Court orders as follows:

1) The Status Conference is continued to to **July 5, 2022, at 1:30 p.m.**

2) A joint status report re further proceedings shall be filed no later than **June 21, 2022.**

**IT IS SO ORDERED.**

Dated: March 1, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE