Jennifer Liu (Cal. Bar No. 279370)
LIU PETERSON-FISHER LLP
1204 Burlingame Ave., Suite 3
Burlingame, CA 94010
Tel.: (650) 461-9000
Fax: (650) 460-6967
Email: jliu@liupetersonfisher.com

Robert Ottinger (Cal. Bar No. 156825)
THE OTTINGER LAW FIRM
535 Mission Street
San Francisco, CA 94133
Tel.: (415) 262-0096
Fax.: (212) 571-0505
Email: robert@ottingerlaw.com
Attorneys for Plaintiffs and the
Proposed FLSA Collective and Class

EVAN R. MOSES, CA Bar No. 198099
evan.moses@ogletree.com
MELIS ATALAY, CA Bar No. 301373
melis.atalay@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:    213-239-9800
Facsimile:    213-239-9045

Attorneys for Defendant
THE VAIL CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANNA GIBSON and ZACHARIAH SAIZ-HAWES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE VAIL CORPORATION D/B/A VAIL RESORTS MANAGEMENT COMPANY; and DOES 1-50, inclusive,<br><br>Defendants. | **CASE NO.  2:21-cv-01260 WBS DB**<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>**Related to: 2:21-cv-00107 WBS DB**<br>             **2:21-cv-02251-WBS-DB**<br>             **2:21-cv-01608 WBS DB**<br><br>Complaint Filed: April 20, 2021<br>District Judge:   Hon. William B. Shubb<br>                  Courtroom 5, Sacramento<br>Magistrate Judge: Hon. Deborah Barnes<br>                  Courtroom 27, Sacramento |

49941266_1.docx                               1                 Case No. **2:21-cv-01260 WBS DB**
JOINT STATUS REPORT AND REQUEST TO CONTINUE STATUS CONFERENCE;  ORDER

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rules of Civil Procedure 16, 23(e), and 41(a), plaintiffs Anna Gibson and Zachariah Saiz-Hawes ("Plaintiffs") and defendant THE VAIL CORPORATION DBA VAIL RESORTS MANAGEMENT COMPANY ("Defendant") (collectively the "Parties"), hereby submit this joint status report regarding the status of the case and settlement approval process in this Action and four other related cases: *Hamilton v. Heavenly Valley, Limited Partnership*, 2:21-cv-01608-WBS-DB (E.D. Cal.) ("*Hamilton* I"); *Hamilton v. Heavenly Valley, Limited Partnership*, SC20210148 (El Dorado County Superior Court) ("*Hamilton* II"); *Roberds v. The Vail Corporation et al*, Case No. 2:21-cv-02251-WBS-DB (E.D. Cal.) ("*Roberds*"); and *Heggen v. Heavenly Valley Limited Partnership*, 2:21-cv-00107-WBS-DB ("*Heggen*").

WHEREAS, on December 28, 2021, the Parties executed a formal, long-form Settlement Agreement that fully and finally resolves all claims in the Action, pending court approval, as well as claims pled in related cases *Hamilton* I, *Gibson*, *Hamilton* II, and *Roberds* ("the Settlement");

WHEREAS, after considering all final approval papers, all objections to the Settlement, and oral argument from objectors at a hearing on June 17, 2022, the arguments of counsel and other individuals at a final approval hearing on August 19, 2022, the El Dorado County Superior Court entered an Order in the *Hamilton* II action on August 19, 2022 granting Plaintiffs' Motion for Final Approval of the Settlement ("Final Approval Order").

WHEREAS the Final Approval Order made the following findings concerning the Settlement, which covers the claims in this Action, among others:

- The Settlement is fair, adequate and reasonable;
- The distribution of the Notice to effectuate the Settlement has been completed in conformance with the El Dorado Superior Court's February 1, 2022 Order Granting Preliminary Approval; the El Dorado Superior Court's March 8, 2022 Order Extending Time to Issue Notice of Class Settlement; and the El Dorado Superior Court's Order Granting Plaintiffs' Unopposed Ex Parte Application to Permit Dissemination of a Supplemental Text Message Notice and to Extend the Response Deadline to May 20, 2022;

- The Notice was adequate, satisfied due process requirements, and was the best notice practicable under the circumstances;
- The Settlement Agreement is binding on all Settlement Class Members who have not timely opted out.
- A Class is certified for settlement purposes only, which is defined as all non-exempt employees who at any time during the Covered Period worked for and were employed by Vail (including Defendant in this action) in the United States and worked primary at one of its resort locations or mountain facilities, with limited exclusions.
- Judgment is entered.
- El Dorado Superior Court will retain jurisdiction over the Parties to enforce the terms of the Judgment pursuant to California Rule of Court 3.769(h);

WHEREAS the Settlement provides that Plaintiffs will dismiss this action with prejudice within 28 days after the Final Approval Order becomes a final, non-appealable order;

WHEREAS, on or around September 24, 2022, non-parties John Linn and Mark Molina filed a motion to set aside and vacate judgment in *Hamilton* II, which the trial court denied on November 14, 2022;

WHEREAS, on December 1, 2022, non-parties filed a notice of appeal concerning the order denying the motion to set aside and vacate judgment in *Hamilton* II;

WHEREAS, on March 2, 2023, non-party appellants and the Parties stipulated to extend the appellate briefing schedule in the California Court of Appeal, Third Appellate District Case Nos. C095844 and C097604 as follows: non-party appellants shall have an extension of 60 days to file their Appellants' Opening Brief such that the new deadline is 100 days after the record is filed in Case No. C098604; Respondents Vail and Plaintiffs shall have an extension of 60 days to file their Respondents' Briefs, so that they are due 90 days after Appellants' Opening Brief is filed;

WHEREAS, as of today's date, the appellate record has not yet been filed in Case No. C098604;

NOW THEREFORE, the Parties hereby jointly request that this Court continue the April

24, 2023 Status Conference for a period of seven (7) months, or November 27, 2023, or as soon thereafter as the Court's calendar permits.

DATED:  April 7, 2023               LIU PETERSON-FISHER LLP


                                    By:  /s/ Jennifer Liu
                                             Jennifer Liu

                                    Attorneys for Plaintiffs


DATED:  April 7, 2023               OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


                                    By:  /s/ Melis Atalay
                                             Evan R. Moses
                                             Melis Atalay

                                    Attorneys for Defendant
                                    THE VAIL CORPORATION

**ORDER**

The Court having reviewed the foregoing stipulation, and GOOD CAUSE APPEARING THEREFORE, the Court orders as follows:

(1) The Parties shall file a Joint Status Report addressing the status of the Settlement and any additional information that the Court requires, by **November 20, 2023**.

(3) A Status Conference Re Class Action Settlement is set for **December 4, 2023 at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated:  April 10, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE