UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ADAM HEGGEN, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>HEAVENLY VALLEY, Limited Partnership, and DOES 1 THROUGH 10, inclusive,<br><br>          Defendants. | No. 2:21-cv-107 WBS SCR<br><br><br><br><br><br><br><br>ORDER RELATING CASES |
| ANNA GIBSON and ZACHARIAH SAIZ-HAWES on behalf of themselves and all those similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>THE VAIL CORPORATION D/B/A VAIL RESORTS MANAGEMENT COMPANY and DOES 1 THROUGH 100, inclusive,<br><br>          Defendants. | No. 2:21-cv-1260 WBS SCR |

1

|   |   |
|---|---|
| CHRISTOPHER HAMILTON, as an individual and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>HEAVENLY VALLEY, LIMITED PARTNERSHIP, a Nevada limited partnership, and DOES 1 through 50, inclusive,<br><br>          Defendants. | No. 2:21-cv-1608 WBS SCR |
| PAUL GREG ROBERDS, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>THE VAIL CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS VAIL RESORTS MANAGEMENT COMPANY, a Colorado Corporation; HEAVENLY VALLEY, LIMITED PARTNERSHIP, a Nevada Limited Partnership; and DOES 1-50, inclusive, THE VAIL CORPORATION D/B/A VAIL RESORTS MANAGEMENT COMPANY and DOES 1 THROUGH 100, inclusive,<br><br>          Defendants. | No. 2:21-cv-2251 WBS SCR |

2

| | |
|---|---|
| ASHLEY SANCHEZ, an individual on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>VAIL RESORTS MANAGEMENT COMPANY, a Colorado corporation; TRIMONT LAND COMPANY, a California corporation; VAIL RESORTS, INC., a business entity of unknown form; THE VAIL CORPORATION; a business entity of unknown form; and DOES 1 through 50, inclusive,<br><br>        Defendants. | No. 2:25-cv-1259 WBS CKD |

----oo0oo----

The court previously related cases <u>Heggen v. Heavenly Valley, Limited Partnership</u>, 2:21-cv-107 WBS SCR; <u>Gibson v. Vail Corp.</u>, No. 2:21-cv-1260 WBS SCR, <u>Hamilton v. Heavenly Valley, Limited Partnership</u>, 2:21-cv-01608 WBS SCR, and <u>Roberds v. Vail Corporation</u>, 2:21-cv-2251 WBS SCR.  (Docket Nos. 9, 15 in Case No. 2:21-cv-107 WBS SCR.)[1]  The court now finds that the instant case, <u>Sanchez v. Vail Resorts Management Co.</u>, 2:25-cv-1259 WBS CKD, is also related within the meaning of Local Rule 123(a), because these cases are brought by overlapping groups of employees alleging similar California Labor Code violations against the Vail Corporation and its related entities.

---

[1]     These cases were previously assigned to Magistrate Judge Deborah Barnes but were reassigned to Magistrate Judge Sean C. Riordan after he was appointed to the bench of this court.

1 | Accordingly, the assignment of these matters to the same judge is
2 | likely to effect a substantial saving of judicial effort and is
3 | also likely to be convenient for the parties.
4 |         The parties should be aware that relating the cases
5 | under Local Rule 123 merely has the result that all actions are
6 | assigned to the same judge; no consolidation of the actions is
7 | effected.  Under the regular practice of this court, related
8 | cases are generally assigned to the judge and magistrate judge to
9 | whom the first filed action was assigned.
10 |         IT IS THEREFORE ORDERED that the actions denominated
11 | Heggen v. Heavenly Valley, Limited Partnership, 2:21-cv-107 WBS
12 | SCR; Gibson v. Vail Corp., No. 2:21-cv-1260 WBS SCR; Hamilton v.
13 | Heavenly Valley, Limited Partnership, 2:21-cv-1608 WBS SCR,
14 | Roberds v. Vail Corporation, 2:21-cv-2251 WBS SCR be, and Sanchez
15 | v. Vail Resorts Management Co., 2:25-cv-1259 WBS CKD, be, and the
16 | same hereby are, deemed related.  The case denominated Sanchez v.
17 | Vail Resorts Management Co., 2:25-cv-1259 WBS CKD, shall remain
18 | assigned to Judge William B. Shubb but will be reassigned to
19 | Magistrate Judge Sean C. Riordan for any duties to be performed
20 | under Local Rule 302.  Henceforth, the captions on documents
21 | filed in the reassigned case shall be shown as Sanchez v. Vail
22 | Resorts Management Co., 2:25-cv-1259 WBS SCR.
23 | Dated: May 15, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4