1  EVAN R. MOSES, CA Bar No. 198099
   evan.moses@ogletree.com
2  MELIS ATALAY, CA Bar No. 301373
   melis.atalay@ogletree.com
3  OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
4  400 South Hope Street, Suite 1200
   Los Angeles, CA  90071
5  Telephone:     213-239-9800
   Facsimile:     213-239-9045
6
   Attorneys for Defendant
7  HEAVENLY VALLEY LIMITED
   PARTNERSHIP
8
   JUSTIN TOOBI
9  justin@toobiesq.com
   724 S. Spring Street, Suite 201
10 Los Angeles, CA 90014
   Telephone:     310-435-9407
11
   Attorney for Plaintiff
12 ADAM HEGGEN
13
   *Counsel caption continues on following page*
14

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Adam Heggen, an individual<br><br>        Plaintiff,<br><br>    v.<br><br>Heavenly Valley, Limited Partnership; and Does 1-10, inclusive;<br><br>        Defendants. | Case No. 2:21-cv-00107-WBS-SCR<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>**RELATED TO:   2:21-CV-01260 WBS SCR**<br>**                       2:21-CV-01608 WBS SCR**<br>**                       2:21-CV-02251 WBS SCR**<br><br>Complaint Filed: October 21, 2020<br>Date Removed:   January 21, 2021<br>District Judge:    Hon. William B. Shubb<br>                          Courtroom 5, Sacramento<br>Magistrate Judge: Hon. Sean C. Riordan<br>                          Courtroom 27, Sacramento |

1  JULIAN BURNS KING, Cal. Bar No. 298716
   julian@kingsiegel.com
2  ELLIOT J. SIEGEL, Cal. Bar No. 286798
   elliot@kingsiegel.com
3  KING & SIEGEL LLP
4  724 S. Spring Street, Suite 201
   Los Angeles, CA 90017
5  Telephone:    213-465-4802
   Facsimile:    213-465-4803
6

7  Attorneys for Plaintiff
   ADAM HEGGEN

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff Adam Heggen ("Plaintiff") and defendant THE VAIL CORPORATION DBA VAIL RESORTS MANAGEMENT COMPANY ("Defendant") (collectively the "Parties"), hereby submit this joint status report regarding the status of the case and settlement approval process in this Action and four other related cases: *Hamilton v. Heavenly Valley, Limited Partnership*, 2:21-cv-01608-WBS-DB (E.D. Cal.) ("*Hamilton* I"); *Hamilton v. Heavenly Valley, Limited Partnership*, SC20210148 (El Dorado County Superior Court) ("*Hamilton* II"); *Roberds v. Heavenly Valley, Limited Partnership* ("*Roberds*"); and *Gibson v. The Vail Corporation*, 2:21-cv-01260-WBS-DB (E.D. Cal.) ("*Gibson*").

WHEREAS, on November 19, 2021, Randy Dean Quint, John Linn, and Mark Molina (collectively "Colorado Plaintiffs"), plaintiffs in another class and collective action against Defendant venued in Colorado captioned *Quint v. Vail Resorts, Inc.,* No. 1:20-cv-03569-DDD-GPG filed a motion to intervene in *Hamilton* II for the purpose of filing a motion to dismiss the action, which the court denied;

WHEREAS, on December 28, 2021, the Parties executed a formal, long-form Settlement Agreement that fully and finally resolves all claims in the Action, pending court approval, as well as claims pled in related cases *Hamilton* I, *Gibson*, *Hamilton* II, and *Gibson* ("the Settlement");

WHEREAS, on February 1, 2022, the El Dorado County Superior Court entered an Order in the *Hamilton* II action granting Plaintiffs' Motion for Preliminary Approval of the Settlement;

WHEREAS, Colorado Plaintiffs filed an objection to the Settlement;

WHEREAS, after considering all final approval papers, all objections to the Settlement, oral argument from objectors at a hearing on June 17, 2022, and the arguments of counsel and other individuals at a final approval hearing on August 19, 2022, the El Dorado County Superior Court entered an Order in the *Hamilton* II action on August 19, 2022 granting Plaintiffs' Motion for Final Approval of the Settlement ("Final Approval Order") and entered judgment;

WHEREAS, Colorado Plaintiffs moved to vacate the *Hamilton* II judgment, which the Court denied;

WHEREAS, Colorado Plaintiffs appealed both the order denying their motion to intervene

and the order denying their motion to set aside and vacate judgment;

WHEREAS, on October 10, 2024, the Court of Appeal issued an unpublished opinion that reversed the trial court's orders in on non-parties' motions to: (a) intervene; and (b) to set aside and vacate the judgment in *Hamilton* II;

WHEREAS, Defendant's petition for review filed with the California Supreme Court which was not granted;

WHEREAS, remittitur issued on January 29, 2025;

WHEREAS, following a case management conference in *Hamilton* II on March 14, 2025, the trial court entered an order adopting the parties' stipulated briefing schedule for Colorado Plaintiffs' (now Intervenors') motion to dismiss, and set a revised hearing for September 12, 2025;

WHEREAS, the outcome of that motion may determine whether settlement approval proceedings will again move forward in *Hamilton* II;

WHEREAS the Settlement provides that Plaintiffs will dismiss this action with prejudice within 28 days after the Final Approval Order becomes a final, non-appealable order;

NOW THEREFORE, the Parties hereby jointly request that this Court continue the August 11, 2025 Status Conference to Monday, October 13 at 1:30 pm, or as soon thereafter as the Court's calendar permits.

| | |
|---|---|
| DATED:  July 26, 2025 | KING & SIEGEL, LLP |
| | By:  /s/  Elliot J. Siegel<br>         Elliot J. Siegel |
| | Attorneys for Plaintiffs |
| DATED: July 26, 2025 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | By:  /s/  Evan R. Moses<br>         Evan R. Moses<br>         Melis Atalay |
| | Attorneys for Defendant<br>THE VAIL CORPORATION |

**ORDER**

The Court having reviewed the foregoing stipulation, and GOOD CAUSE APPEARING THEREFORE, the Court orders as follows:

(1)    The Parties shall file a Joint Status Report addressing the status of the Settlement and any additional information that the Court requires, by **October 6, 2025**.

(3)    The Status Conference Re Settlement is reset for **October 20, 2025 at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated:  August 5, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE