1 | EVAN R. MOSES, CA Bar No. 198099
evan.moses@ogletree.com
2 | MELIS ATALAY, CA Bar No. 301373
melis.atalay@ogletree.com
3 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
4 | 400 South Hope Street, Suite 1200
Los Angeles, CA  90071
5 | Telephone:    213-239-9800
Facsimile:    213-239-9045

Attorneys for Defendant
HEAVENLY VALLEY LIMITED PARTNERSHIP

JUSTIN TOOBI
justin@toobiesq.com
724 S. Spring Street, Suite 201
Los Angeles, CA 90014
Telephone:    310-435-9407

Attorney for Plaintiff
ADAM HEGGEN

*Counsel caption continues on following page*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adam Heggen, an individual<br><br>         Plaintiff,<br><br>    v.<br><br>Heavenly Valley, Limited Partnership; and Does 1-10, inclusive;<br><br>         Defendants. | Case No. 2:21-cv-00107-WBS-SCR<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>**RELATED TO:  2:21-CV-01260 WBS SCR**<br>                    **2:21-CV-01608 WBS SCR**<br>                    **2:21-CV-02251 WBS SCR**<br><br>Complaint Filed: October 21, 2020<br>Date Removed:   January 21, 2021<br>District Judge:  Hon. William B. Shubb<br>                    Courtroom 5, Sacramento<br>Magistrate Judge: Hon. Sean C. Riordan<br>                    Courtroom 27, Sacramento |

1  JULIAN BURNS KING, Cal. Bar No. 298716
   julian@kingsiegel.com
2  ELLIOT J. SIEGEL, Cal. Bar No. 286798
   elliot@kingsiegel.com
3  KING & SIEGEL LLP
4  724 S. Spring Street, Suite 201
   Los Angeles, CA 90017
5  Telephone:    213-465-4802
   Facsimile:    213-465-4803
6
7  Attorneys for Plaintiff
   ADAM HEGGEN

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2    Plaintiff Adam Heggen ("Plaintiff") and defendant THE VAIL CORPORATION DBA
3    VAIL RESORTS MANAGEMENT COMPANY ("Defendant") (collectively the "Parties"), hereby
4    submit this joint status report regarding the status of the case and settlement approval process in
5    this Action and four other related cases: *Hamilton v. Heavenly Valley, Limited Partnership*, 2:21-
6    cv-01608-WBS-DB (E.D. Cal.) ("*Hamilton* I"); *Hamilton v. Heavenly Valley, Limited Partnership*,
7    SC20210148 (El Dorado County Superior Court) ("*Hamilton* II"); *Roberds v. Heavenly Valley,*
8    *Limited Partnership* ("*Roberds*"); and *Gibson v. The Vail Corporation*, 2:21-cv-01260-WBS-DB
9    (E.D. Cal.) ("*Gibson*").

10   WHEREAS, on November 19, 2021, Randy Dean Quint, John Linn, and Mark Molina
11   (collectively "Colorado Plaintiffs"), plaintiffs in another class and collective action against
12   Defendant venued in Colorado captioned *Quint v. Vail Resorts, Inc.,* No. 1:20-cv-03569-DDD-
13   GPG filed a motion to intervene in *Hamilton* II for the purpose of filing a motion to dismiss the
14   action, which the court denied;

15   WHEREAS, on December 28, 2021, the Parties executed a formal, long-form Settlement
16   Agreement that fully and finally resolves all claims in the Action, pending court approval, as well
17   as claims pled in related cases *Hamilton* I, *Gibson*, *Hamilton* II, and *Gibson* ("the Settlement");

18   WHEREAS, on February 1, 2022, the El Dorado County Superior Court entered an Order
19   in the *Hamilton* II action granting Plaintiffs' Motion for Preliminary Approval of the Settlement;

20   WHEREAS, Colorado Plaintiffs filed an objection to the Settlement;

21   WHEREAS, after considering all final approval papers, all objections to the Settlement,
22   oral argument from objectors at a hearing on June 17, 2022, and the arguments of counsel and
23   other individuals at a final approval hearing on August 19, 2022, the El Dorado County Superior
24   Court entered an Order in the *Hamilton* II action on August 19, 2022 granting Plaintiffs' Motion
25   for Final Approval of the Settlement ("Final Approval Order") and entered judgment;

26   WHEREAS, Colorado Plaintiffs moved to vacate the *Hamilton* II judgment, which the
27   Court denied;

28   WHEREAS, Colorado Plaintiffs appealed both the order denying their motion to intervene

1  and the order denying their motion to set aside and vacate judgment;

2  WHEREAS, on October 10, 2024, the Court of Appeal issued an unpublished opinion that
3  reversed the trial court's orders in on non-parties' motions to: (a) intervene; and (b) to set aside and
4  vacate the judgment in *Hamilton* II;

5  WHEREAS, Defendant's petition for review filed with the California Supreme Court which
6  was not granted;

7  WHEREAS, remittitur issued on January 29, 2025;

8  WHEREAS, following a case management conference in *Hamilton* II on March 14, 2025,
9  the trial court entered an order adopting the parties' stipulated briefing schedule for Colorado
10 Plaintiffs' (now Intervenors') motion to dismiss, and set a revised hearing for September 12, 2025;

11 WHEREAS, whereas, Colorado Plaintiffs' motion to dismiss was heard on September 12,
12 2025, and denied on September 22, 2025;

13 WHEREAS, settlement approval proceedings can now proceed once again in *Hamilton* II;

14 WHEREAS, the Settlement provides that Plaintiffs will dismiss this action with prejudice
15 within 28 days after the Final Approval Order becomes a final, non-appealable order;

16 NOW THEREFORE, the Parties hereby jointly request that this Court continue the October
17 13, 2025, Status Conference to Monday, December 8, 2025, at 1:30 pm, or as soon thereafter as the
18 Court's calendar permits.

19 DATED:  October 6, 2025                          KING & SIEGEL, LLP

21                                                  By: /s/  Elliot J. Siegel
                                                        Elliot J. Siegel
22                                                  Attorneys for Plaintiffs

DATED: October 6, 2025

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Evan R. Moses
    Evan R. Moses
    Melis Atalay

Attorneys for Defendant
THE VAIL CORPORATION

**ORDER**

The Court having reviewed the foregoing stipulation, and GOOD CAUSE APPEARING THEREFORE, the Court orders as follows:

(1) The Parties shall file a Joint Status Report addressing the status of the Settlement and any additional information that the Court requires, by **December 29, 2025**.

(2) A Status Conference is set for **January 12, 2026 at 1:30 p.m.**

**IT IS SO ORDERED.**

DATED: OCTOBER 7, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE