JUSTIN TOOBI, CA Bar No. 296174
justin@toobiesq.com
JUSTIN TOOBI, ESQ.
5101 Santa Monica Blvd., Suite 291
Los Angeles, CA  90029
Telephone:     (310) 435-9407

JULIAN BURNS KING, CA Bar No. 298617
julian@kingsiegel.com
ELLIOT J. SIEGEL, CA Bar No. 286798
elliot@kingsiegel.com
KING & SIEGEL LLP
724 S. Spring Street, Suite 201
Los Angeles, CA  90014
Telephone:     (213) 465-4802
Facsimile:      (213) 465-4803

Attorneys for Plaintiff ADAM HEGGEN

*[Additional Counsel on following page]*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADAM HEGGEN, an individual,<br><br>            Plaintiff,<br>     v.<br><br>HEAVENLY VALLEY, Limited Partnership; and Does 1-10, inclusive;<br><br>            Defendants. | Case No. **2:21-cv-00107-WBS-SCR**<br><br>Related to Case Nos.:<br>2:21-cv-01260 WBS- SCR (Gibson)<br>2:21-cv-01608 WBS- SCR (Hamilton)<br>2:21-cv-02251 WBS- SCR (Roberds)<br>2:25-cv-01259-WBS-SCR (Sanchez)<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER**<br><br>District Judge:    Hon. William B. Shubb<br>                          Courtroom 5, Sacramento<br>Magistrate Judge: Hon. Sean C. Riordan<br>                          Courtroom 27, Sacramento |

EVAN R. MOSES, CA Bar No. 198099
evan.moses@ogletree.com
MELIS ATALAY, CA Bar No. 301373
melis.atalay@ogletree.com
MATTHEW R. RICHARDSON, CA Bar No. 329252
matthew.richardson@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:    213-239-9800
Facsimile:    213-239-9045

Attorneys for Defendant
HEAVENLY VALLEY, LIMITED PARTNERSHIP

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff ADAM HEGGEN, ("Plaintiff") and defendant HEAVENLY VALLEY, LIMITED PARTNERSHIP ("Defendant") (collectively the "Parties"), hereby submit this joint status report regarding the status of the case and settlement approval process in this Action and four other related cases: *Gibson v. The Vail Corporation*, Case No. 2:21-cv-01260-WBS-DB (E.D. Cal.) ("*Gibson*"); *Hamilton v. Heavenly Valley, Limited Partnership*, SC20210148 (El Dorado County Superior Court) ("*Hamilton* II"); *Roberds v. The Vail Corporation et al*, Case No. 2:21-cv-02251-WBS-DB (E.D. Cal.) ("*Roberds*"); and *Heggen v. Heavenly Valley Limited Partnership*, 2:21-cv-00107-WBS-DB ("*Heggen*").

WHEREAS, on November 19, 2021, Randy Dean Quint, John Linn, and Mark Molina (collectively "Colorado Plaintiffs"), plaintiffs in another class and collective action against Defendant venued in Colorado captioned *Quint v. Vail Resorts, Inc.,* No. 1:20-cv-03569-DDD-GPG filed a motion to intervene in *Hamilton* II for the purpose of filing a motion to dismiss the action, which the court denied;

WHEREAS, on December 28, 2021, the Parties executed a formal, long-form Settlement Agreement that fully and finally resolves all claims in the Action, pending court approval, as well as claims pled in related cases *Hamilton* I, *Gibson*, *Hamilton* II, and *Roberds* ("the Settlement");

WHEREAS, on February 1, 2022, the El Dorado County Superior Court entered an Order in the *Hamilton* II action granting Plaintiffs' Motion for Preliminary Approval of the Settlement;

WHEREAS, Colorado Plaintiffs filed an objection to the Settlement;

WHEREAS, after considering all final approval papers, all objections to the Settlement, oral argument from objectors at a hearing on June 17, 2022, and the arguments of counsel and other individuals at a final approval hearing on August 19, 2022, the El Dorado County Superior Court entered an Order in the *Hamilton* II action on August 19, 2022 granting Plaintiffs' Motion for Final Approval of the Settlement ("Final Approval Order") and entered judgment;

WHEREAS, Colorado Plaintiffs moved to vacate the *Hamilton* II judgment, which the Court denied;

WHEREAS, Colorado Plaintiffs appealed both the order denying their motion to intervene

1  and the order denying their motion to set aside and vacate judgment;

2  WHEREAS, on October 10, 2024, the Court of Appeal issued an unpublished opinion that
3  reversed the trial court's orders in on non-parties' motions to: (a) intervene; and (b) to set aside and
4  vacate the judgment in *Hamilton* II;

5  WHEREAS, Defendant's petition for review filed with the California Supreme Court which
6  was not granted;

7  WHEREAS, remittitur issued on January 29, 2025;

8  WHEREAS, following a case management conference in *Hamilton* II on March 14, 2025,
9  the trial court entered an order adopting the parties' stipulated briefing schedule for Colorado
10  Plaintiffs' (now Intervenors') motion to dismiss, and set a hearing for June 6, 2025;

11  WHEREAS, due to a series of scheduling conflicts, the hearing on the Colorado Plaintiffs'
12  Motion to Dismiss was continued to September 12, 2025;

13  WHEREAS, on September 12, 2025, the Superior Court denied the Colorado Plaintiffs'
14  Motion to Dismiss;

15  WHEREAS, on November 18, 2025, the Colorado Plaintiffs moved to stay or dismiss
16  *Hamilton II*, which is set to be heard by the Superior Court on January 30, 2026;

17  WHEREAS the Settlement provides that Plaintiffs will dismiss this action with prejudice
18  within 28 days after the Final Approval Order becomes a final, non-appealable order;

19  NOW THEREFORE, the Parties hereby jointly request that this Court continue the January
20  12, 2026 Status Conference to Monday, March 2, 2026, at 1:30 pm, or as soon thereafter as the
21  Court's calendar permits to assess the impact of the pending motion.

22

23  DATED: December 29, 2025                KING & SIEGEL LLP

24

25

26                                          By: /s/ Elliot J. Siegel
27                                              Julian Burns King
                                                Elliot J. Siegel
28                                          Attorneys for Plaintiff
                                            ADAM HEGGEN

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:  December 29, 2025 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 3 | | |
| 4 | | |
| 5 | | By:  /s/ Matthew R. Richardson |
| 6 | | Evan R. Moses<br>Melis Atalay<br>Matthew R. Richardson |
| 7 | | |
| 8 | | Attorneys for Defendant<br>HEAVENLY VALLEY, LIMITED PARTNERSHIP |

**ORDER**

The Court having reviewed the foregoing stipulation, and GOOD CAUSE APPEARING THEREFORE, the Court orders as follows:

(1) The Parties shall file a Joint Status Report addressing the status of the Settlement and any additional information that the Court requires, by **February 23, 2026.**

(3) A Status Conference is set for **March 9, 2026 at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated: January 5, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE