JUSTIN TOOBI, CA Bar No. 296174
justin@toobiesq.com
JUSTIN TOOBI, ESQ.
5101 Santa Monica Blvd., Suite 291
Los Angeles, CA 90029
Telephone: (310) 435-9407

JULIAN BURNS KING, CA Bar No. 298617
julian@kingsiegel.com
ELLIOT J. SIEGEL, CA Bar No. 286798
elliot@kingsiegel.com
KING & SIEGEL LLP
724 S. Spring Street, Suite 201
Los Angeles, CA 90014
Telephone: (213) 465-4802
Facsimile: (213) 465-4803

Attorneys for Plaintiff ADAM HEGGEN

***[Additional Counsel on following page]***

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADAM HEGGEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HEAVENLY VALLEY, Limited Partnership; and Does 1-10, inclusive;<br><br>Defendants. | Case No. 2:21-cv-00107-WBS-SCR<br><br>Related to Case Nos.:<br>2:21-cv-01260 WBS- SCR (Gibson)<br>2:21-cv-01608 WBS- SCR (Hamilton)<br>2:21-cv-02251 WBS- SCR (Roberds)<br>2:25-cv-01259-WBS-SCR (Sanchez)<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>District Judge: Hon. William B. Shubb<br>Courtroom 5, Sacramento<br>Magistrate Judge: Hon. Sean C. Riordan<br>Courtroom 27, Sacramento |

EVAN R. MOSES, CA Bar No. 198099
evan.moses@ogletree.com
MATTHEW R. RICHARDSON, CA Bar No. 329252
matthew.richardson@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

Attorneys for Defendant
HEAVENLY VALLEY, LIMITED PARTNERSHIP

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff ADAM HEGGEN, ("Plaintiff") and defendant HEAVENLY VALLEY, LIMITED PARTNERSHIP ("Defendant") (collectively the "Parties"), hereby submit this joint status report regarding the status of the case and settlement approval process in this Action and four other related cases: *Gibson v. The Vail Corporation*, Case No. 2:21-cv-01260-WBS-DB (E.D. Cal.) ("*Gibson*"); *Hamilton v. Heavenly Valley, Limited Partnership*, SC20210148 (El Dorado County Superior Court) ("*Hamilton* II"); *Roberds v. The Vail Corporation et al*, Case No. 2:21-cv-02251-WBS-DB (E.D. Cal.) ("*Roberds*"); and *Heggen v. Heavenly Valley Limited Partnership*, 2:21-cv-00107-WBS-DB ("*Heggen*").

WHEREAS, on November 19, 2021, Randy Dean Quint, John Linn, and Mark Molina (collectively "Colorado Plaintiffs"), plaintiffs in another class and collective action against Defendant venued in Colorado captioned *Quint v. Vail Resorts, Inc.,* No. 1:20-cv-03569-DDD-GPG filed a motion to intervene in *Hamilton* II for the purpose of filing a motion to dismiss the action, which the court denied;

WHEREAS, on December 28, 2021, the Parties executed a formal, long-form Settlement Agreement that fully and finally resolves all claims in the Action, pending court approval, as well as claims pled in related cases *Hamilton* I, *Gibson*, *Hamilton* II, and *Roberds* ("the Settlement");

WHEREAS, on February 1, 2022, the El Dorado County Superior Court entered an Order in the *Hamilton* II action granting Plaintiffs' Motion for Preliminary Approval of the Settlement;

WHEREAS, Colorado Plaintiffs filed an objection to the Settlement;

WHEREAS, after considering all final approval papers, all objections to the Settlement, oral argument from objectors at a hearing on June 17, 2022, and the arguments of counsel and other individuals at a final approval hearing on August 19, 2022, the El Dorado County Superior Court entered an Order in the *Hamilton* II action on August 19, 2022 granting Plaintiffs' Motion for Final Approval of the Settlement ("Final Approval Order") and entered judgment;

WHEREAS, Colorado Plaintiffs moved to vacate the *Hamilton* II judgment, which the Court denied;

WHEREAS, Colorado Plaintiffs appealed both the order denying their motion to intervene

and the order denying their motion to set aside and vacate judgment;

WHEREAS, on October 10, 2024, the Court of Appeal issued an unpublished opinion that reversed the trial court's orders in on non-parties' motions to: (a) intervene; and (b) to set aside and vacate the judgment in *Hamilton* II;

WHEREAS, Defendant's petition for review filed with the California Supreme Court which was not granted;

WHEREAS, remittitur issued on January 29, 2025;

WHEREAS, following a case management conference in *Hamilton* II on March 14, 2025, the trial court entered an order adopting the parties' stipulated briefing schedule for Colorado Plaintiffs' (now Intervenors') motion to dismiss, and set a hearing for June 6, 2025;

WHEREAS, due to a series of scheduling conflicts, the hearing on the Colorado Plaintiffs' Motion to Dismiss was continued to September 12, 2025;

WHEREAS, whereas, Colorado Plaintiffs' motion to dismiss was heard on September 12, 2025, and denied on September 22, 2025;

WHEREAS, on November 18, 2025, the Colorado Plaintiffs moved to stay or dismiss *Hamilton II*, which was set to be heard by the Superior Court on January 30, 2026. However, due to unavailability of counsel, the Colorado Plaintiffs' motion to stay or dismiss *Hamilton II* was heard by the Superior Court on May 15, 2026;

WHEREAS, the Colorado Plaintiffs' motion to stay or dismiss *Hamilton II* was denied on May 15, 2025;

WHEREAS, the Parties are in the process of negotiating amendments to the Settlement Agreement which address the concerns raised by the Third Appellate District Court of Appeals, as well as other amendments to the Settlement Agreement;

NOW THEREFORE, the Parties hereby jointly request that this Court continue the August 10, 2026 Status Conference to Monday, October 5, 2026, at 1:30 pm, or as soon thereafter as the Court's calendar permits to assess the impact of the pending motion.

DATED: July 27, 2026

KING & SIEGEL LLP

By: /s/ Elliot J. Siegel
Julian Burns King
Elliot J. Siegel

Attorneys for Plaintiff
ADAM HEGGEN

DATED: July 27, 2026

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Matthew R. Richardson
Evan R. Moses
Matthew R. Richardson

Attorneys for Defendant
HEAVENLY VALLEY, LIMITED PARTNERSHIP

# ORDER

The Court having reviewed the foregoing stipulation, and GOOD CAUSE APPEARING THEREFORE, the Court orders as follows:

(1) The Parties shall file a Joint Status Report addressing the status of the Settlement and any additional information that the Court requires, by September 21, 2026.

(3) A Status Conference is set for October 5, 2026 at 1:30 pm.

**IT IS SO ORDERED.**

Dated: July 27, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE